UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:05-CR-121 |
| V. | ) | (VARLAN/SHIRLEY) |
| | ) | |
| DEWEY BROCK | ) | |

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL REFORM ACT

The defendant appeared in custody before the undersigned on October 28, 2005, for an initial appearance and arraignment on an indictment. Special Assistant United States Attorney Brownlow Marsh was present representing the government. Kim A. Tollison, Federal Defender Services, was representing the defendant. The government moved for detention and requested a hearing. The detention hearing is scheduled commence before The Honorable C. Clifford Shirley, Jr. on **Friday, November 4, 2005,** at **11:00 p.m.** The defendant understood that he would remain in detention. The defendant shall be held in custody by the United States Marshal until November 4, 2005, and produced for the above scheduled hearing.

It is so **ORDERED**.

s/ H. Bruce Guyton
United States Magistrate Judge